**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

| | |
|---|---|
| MKM:MSM | *271 Cadman Plaza East* |
| F. #2015R00888 | *Brooklyn, New York 11201* |

November 10, 2016

<u>Via E-Mail</u>

Avraham C. Moskowitz, Esq.
Moskowitz & Book, LLP
345 Seventh Avenue, 21st Floor
New York, New York 10001

    Re:  United States v. Kai Huan Huang
       <u>Criminal Docket No. 15-628 (S-2) (CBA)</u>

Dear Mr. Moskowitz:

    The government discloses the enclosed materials pursuant to Title 18, United States Code, Section 3500, <u>Giglio v. United States</u>, 405 U.S. 150 (1972), and in accordance with the Court's November 1, 2016 order (Docket Entry 217).

        Very truly yours,

        ROBERT L. CAPERS
        United States Attorney

    By:     /s/
        Nadia E. Moore
        Mathew S. Miller
        Assistant U.S. Attorneys
        (718) 254-7000

cc: Clerk of Court (CBA) (via ECF)